

ENTERED
04/26/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: **Mary Marsh** §
§
§ Case No. **99-38672**
§
§ **#48**
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of **Ruk Buckley**,

seeking payment of $ **216.77** representing funds previously unclaimed by

**GECC**
**P.O. Box 103104**
**Roswell GA**

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that **GE CAPITAL** is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ **216.77** to:

**GE Capital Attn: Ruk Buckley**
**901 Main Ave**
**Norwalk CT 06851**

Signed this ___ day of ____**APR 26 2010**____, _____.

_____
United States Bankruptcy Judge